Submitted June 24—decided July 2, 1974

MURIEL P. GROVER *v.* TOWN OF MANCHESTER ET AL.
(No. 7591)

MURIEL P. GROVER *v.* TOWN OF MANCHESTER ET AL.
(No. 7606)

The motion by both parties requesting consolidation of their appeals and permission to file one set of briefs for presentation to this court in the appeal from the Superior Court in Hartford County is

denied without prejudice to submission of such a motion to the appropriate court. See Practice Book § 606.

*Maurice T. FitzMaurice* and *Thomas P. Fitzgerald,* in support of the motion.

Submitted June 25—decided July 2, 1974